**FIRE ASSOCIATION OF PHILADELPHIA, Appellant, v. ELECTRIC FURNACE COMPANY, Appellee.**

No. 11751.

United States Court of Appeals Sixth Circuit.

April 22, 1953.

McCreary, Hinslea & Ray, Cleveland, Ohio, for appellant.

Squire, Sanders & Dempsey, Cleveland, Ohio, for appellee.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties, and the arguments of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the opinion of the District Court be adopted as the opinion of this court, and the judgment appealed from be and the same is hereby affirmed in accordance with the said opinion. 111 F.Supp. 789.

**Paul L. and Marie C. DROUIN, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10958.

United States Court of Appeals Third Circuit.

Argued April 6, 1953.

Decided April 17, 1953,

Paul L. Drouin, petitioner, pro se (Marie C. Drouin, petitioner, on the brief).

Dudley J. Godfrey, Jr., Washington, D. C. (H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Helen Goodner, Sp. Assts. to the Atty. Gen., on the brief), for respondent.

Before GOODRICH, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

This is an appeal by a taxpayer from a decision of the Tax Court which dismissed his case there for want of jurisdiction. The lack of jurisdiction was found in the taxpayer's failure to follow the statute with regard to time for proceedings in the Tax Court. The Tax Court's action was correct. It also appears that the taxpayer was given the notice required by statute and that he failed to appear at the hearing before the Tax Court. While we endeavor to be particularly careful in cases where a taxpayer represents himself, as this one does, we find nothing in the law to help him nor anything in the circumstances of his case which makes us feel that the law has worked an injustice because of our inability to give him assistance.

The decision will be affirmed.